1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| | |
|---|---|
| AASIA KHANUM and MUHAMMAD ZAMEER, | ) )  No. C 08-2899 JW |
| Plaintiffs, | ) ) |
| v. | ) **STIPULATION TO EXTEND TIME** ) **WITHIN WHICH THE DEFENDANTS** ) **MUST FILE AN ANSWER** |
| MICHAEL B. MUKASEY, Attorney General, United States Department of Justice, CONDOLEEZZA RICE, Secretary of State; United States Department of State, United States Citizenship and Immigration Services, and DOES 1 - 25, | ) ) ) ) ) ) |
| Defendants. | ) ) |

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of

23 time within which the Defendants must serve its answer in the above-entitled action.  The

24 Defendants will file their answer on or before September 22, 2008.

25 ///

26 ///

27 ///

28 ///

Stipulation for Extension
C08-2899 JW                                1

1  Dated: August 12, 2008                    Respectfully submitted,

2                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
6                                             Attorney for Defendants

7

8
   Dated: August 8, 2008                      _____/s/_____
9                                             OLUMIDE K. OBAYEMI
                                              Attorney for Plaintiffs
10

11                              **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:    August 14, 2008                   _____
14                                            JAMES WARE
                                              United States District Judge
15

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation for Extension
C08-2899 JW                                   2