1  Olumide K. Obayemi (SBN 219562)
2  The Law Offices of Olumide K. Obayemi
   337 Caliente Circle
3  San Leandro, CA 94578-4144
   Tel/Fax: (510) 352-3000
4  Cell: (510) 798-8732
   E-mail: obayemilaw@yahoo.com
5
6  Attorneys for **AASIA KHANUM and MUHAMMAD ZAMEER**
7

**GRANTED**
Judge James Ware

8/22/2008

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE**

10

11 | **AASIA KHANUM and MUHAMMAD ZAMEER**, | **Civil Case Number: C-08-02899 JW** |
12 | | |
13 | Plaintiffs, | **PLAINTIFFS' NOTICE OF DISMISSAL** |
14 | vs. | |
15 | **Kay L. Anske, UNITED STATES CONSULAR-GENERAL, ISLAMABAD, PAKISTAN; UNITED STATES CONSULATE IN ISLAMABAD, PAKISTAN, and DOES 1-25**, | |
16 | | |
17 | | |
18 | | |
19 | Defendants. | |

Plaintiffs, by and through their attorneys of record hereby, subject to the approval of the Court, request the dismissal of the above-entitled action without prejudice.

Dated: August 19, 2008                         The Law Offices of Olumide K. Obayemi

　　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　　Olumide K. Obayemi
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　**AASIA KHANUM and MUHAMMAD ZAMEER**

## ORDER

Pursuant to REQUEST FOR DISMISSAL, IT IS SO ORDERED. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Date: August    22    , 2008

…………………………………..
**Hon** U.S. District Judge James Ware
**United States District Judge**